UNITED STATES of America,
Plaintiff–Appellee,

v.

Johnny Lee WESLEY, Defendant–
Appellant.

No. 01–7769.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 13, 2002.

Decided March 7, 2002.

Johnny Lee Wesley, Appellant Pro Se.
James L. Trump, Office of the United
States Attorney, Alexandria, Virginia, for
Appellee.

Before MICHAEL and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Johnny Lee Wesley appeals the district
court's order denying his motion filed un-
der 28 U.S.C.A. § 2255 (West Supp.2001).
We have reviewed the record and the dis-
trict court's opinion and find no reversible
error. Accordingly, we deny a certificate
of appealability and dismiss the appeal on
the reasoning of the district court. *See
United States v. Wesley,* Nos. CR–97–382;
CA–00–1177–AM (E.D. Va. filed July 30,
2001, entered Aug. 1, 2001). We dispense
with oral argument because the facts and

legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*